DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. - 7791)
Counsel for Plaintiff Ford Motor Credit Company LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH M. CHIORAZZO, an individual, JASON CHIORAZZO, an individual, JOHN CHIORAZZO, an individual, and SOUTH SHORE AUTO WORLD OF MAYS LANDING, INC., a New Jersey Corporation,<br><br>Defendants. | Civil Action No. 07-02852-JEI-JBS<br><br>HONORABLE JOSEPH E. IRENAS<br><br>HONORABLE JOEL SCHNEIDER<br><br>**ORDER OF DISMISSAL** |

WHEREAS, the parties have reported to the Court that they have reached a global settlement of all claims (the "Settlement") with respect to this case, that certain litigation captioned *Ford Motor Credit Company LLC v. Rudolph M. Chiorazzo, et al.* (Docket No. 06-3382), and the Chapter 7 bankruptcy case of *South Shore Ford, Inc.* (Case No. 06-16356) pending in the United States Bankruptcy Court for the District of New Jersey (the "NJ Bankruptcy Court"); and

83065758.1

WHEREAS, the parties have acknowledged and agreed that the effectiveness of the Settlement is conditioned upon, and subject to, the entry of a final order of the NJ Bankruptcy Court approving the Settlement (the "Settlement Approval Order") and that, following entry of a Settlement Approval Order, the Settlement requires dismissal, without prejudice, of this case; and

WHEREAS, the Court desires to enter an administrative dismissal of this action at this time pursuant to L.Civ.R. 41.1(b).

IT IS on this 6th day of August, 2008,

ORDERED that this action is hereby dismissed without costs and without prejudice; and it is hereby further

ORDERED that any party may reopen and reinstate the instant action on the docket of this Court within thirty (30) days of the date that an Order of the NJ Bankruptcy Court, or of any other court of competent jurisdiction, denying approval of the Settlement becomes final by filing a notice of such denial along with a copy of the Order denying approval of the Settlement; and it is hereby further

ORDERED that, if any party shall move to set aside this Order of Dismissal in accordance with the terms of this Order or pursuant to the provisions of Fed.R.Civ.P. 60(b), in deciding such Motion the Court retains jurisdiction of the matter to the

extent necessary to enforce the terms and conditions of any settlement entered into between the parties; and it is hereby further

ORDERED that Plaintiff's counsel shall serve a copy of this Order upon all counsel of record within seven (7) days of the date of this Order.

_____
JOSEPH E. IRENAS, U.S.D.J.

83085750.1                                    3